UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
CRISTIAN C. BROWN,                      )
                                        )
            Plaintiff,                  )
                                        )
    v.                                  )
                                        )   Civil Action No. 03-01376 (PLF)
KENNETH Y. TOMLINSON, Chairman,         )
Broadcasting Board of Governors,        )
                                        )
            Defendant.                  )
_____)


ORDER AND FINAL JUDGMENT

        Upon consideration of the arguments of the parties and the entire record herein,

and for the reasons stated in the separate Memorandum Opinion issued this same day, it is hereby

        ORDERED that defendant's Motion for Summary Judgment [11] is GRANTED;

it is

        FURTHER ORDERED that JUDGMENT is entered for defendant; it is

        FURTHER ORDERED that this Order and Judgment shall constitute a FINAL

JUDGMENT in this case.  This is a final appealable order.  See Fed. R. App. P. 4(a).

        SO ORDERED.


                                    /s/_____
                                    PAUL L. FRIEDMAN
DATE: August 10, 2005               United States District Judge