UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
CRISTIAN C. BROWN,                      )
                                        )
            Plaintiff,                  )
                                        )
    v.                                  )   Civil Action No. 03-1376 (PLF)
                                        )
KENNETH Y. TOMLINSON, Chairman,         )
    Broadcasting Board of Governors,    )
                                        )
            Defendant.                  )
_____)

ORDER

For the reasons stated in the separate Memorandum Opinion issued this same day, it is hereby

ORDERED that plaintiff's motion to vacate and alter judgment [35] is GRANTED; it is

FURTHER ORDERED that the Court's Order and Final Judgment, granting judgment for defendant, is vacated and set aside; it is

FURTHER ORDERED that this case is restored to the docket of this Court; and it is

FURTHER ORDERED that the parties shall appear for a status conference on December 13, 2006 at 10:00 a.m.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  November 17, 2006